WARREN *v.* LARSON, STATE TREASURER.

No. 920, Misc.   Decided April 16, 1962.

*Walter Warren* for appellant.

*Richard W. Ervin,* Attorney General of Florida, and *Robert J. Kelly* and *Gerald Mager,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.

MR. JUSTICE FRANKFURTER and MR. JUSTICE WHITE took no part in the consideration or decision of this case.